

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

No. 07-15-00130-CV

C. H., APPELLANT

V.

J. H., APPELLEE

On Appeal from the 324th District Court
Tarrant County, Texas
Trial Court No. 324-549526-14, Honorable Jerome S. Hennigan, Presiding

May 20, 2015

ORDER OF SEVERANCE

Before CAMPBELL and HANCOCK and PIRTLE, JJ.

Appellant, C.H., timely filed notice of appeal from the trial court's December 22, 2014 Judgment. J.H. timely filed a notice of cross-appeal. Because C.H. has repeatedly failed to comply with directives of this Court to pay the filing fee, his appeal is, this same day, being dismissed.

However, this Court's dismissal of C.H.'s appeal does not affect J.H.'s right to proceed on her cross-appeal. To enable J.H.'s cross-appeal to move forward, we sever

the cross-appeal into cause number 07-15-00203-CV.  All filings, specifically including the reporter's record and docketing statement, filed in this cause shall be considered as being filed in 07-15-00203-CV.  All other filings are due as indicated by the Texas Rules of Appellate Procedure.

It is so ordered.

Per Curiam